OPINION — AG — A CLAIM MAY NOT BE LAWFULLY BE ALLOWED WHICH WOULD REIMBURSE A DEPUTY COUNTY ASSESSOR FOR ATTENDING A MEETING OF THE NATIONAL ASSOCIATION OF ASSESSING OFFICERS (EITHER WITHIN OR WITHOUT THE STATE) CITE: 68 O.S.H. 15, 68 O.S.H. 16, 68 O.S.H. 17, 68 O.S.H. 18, 68 O.S.H. 19, OPINION NO. JULY 19, 1957 — EXAMINER AND INSPECTOR (JAMES GARRETT)